**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **EYM PIZZA OF WISCONSIN, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  3 – 1  6  5  5  7  0  5 |

4. **Debtor's address**

**Principal place of business**

**4925 N OCONNOR BLVD**
Number    Street
**STE 200**

**IRVING**        **TX**    **75062**
City             State   ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City             State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City             State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **EYM PIZZA OF WISCONSIN, LLC**      Case number (if known) _____

| | |
|---|---|
| **7.**   **Describe debtor's business** | **A.**   *Check one:* |

         ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

         ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

         ☐   Railroad (as defined in 11 U.S.C. § 101(44))

         ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

         ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

         ☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

         ☒   None of the above

**B.**   *Check all that apply:*

         ☐   Tax-exempt entity (as described in 26 U.S.C. § 501)

         ☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

         ☐   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.**   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.   See
http://www.uscourts.gov/four-digit-national-association-naics-codes

     ____   ____   ____   ____

| | |
|---|---|
| **8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

         ☐   Chapter 7

         ☐   Chapter 9

         ☒   Chapter 11.    *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

         ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐   The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐   A plan is being filed with this petition.

         ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

         ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

         ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

         ☐   Chapter 12

Debtor  **EYM PIZZA OF WISCONSIN, LLC** _____    Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                             MM / DD / YYYY

District _____ When _____ Case number _____
                                             MM / DD / YYYY

District _____ When _____ Case number _____
                                             MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  **See attached** _____ Relationship _____

District _____ When _____
                                             MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                             MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                  Number     Street

_____

_____
                                  City               State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

Debtor

EYM PIZZA OF ILLINOIS, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41671

EYM PIZZA OF INDIANA, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41672

EYM PIZZA OF GEORGIA, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41673

EYM PIZZA OF SC, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41674

EYM PIZZA OF WISCONSIN, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. _____

EYM PIZZA, L.P.
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41669

Debtor  **EYM PIZZA OF WISCONSIN, LLC** _____    Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

14. Estimated number of creditors

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

15. Estimated assets

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

16. Estimated liabilities

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 22 / 2024
　　　　　　　MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**EDUARDO E DIAZ**
Printed name

**MANAGER**
Title

Debtor   **EYM PIZZA OF WISCONSIN, LLC**                                      Case number (if known) _____

| | | |
|---|---|---|
| 18. **Signature of attorney** | **X** **/s/ Howard Marc Spector** | Date **07/22/2024** |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Rd**
Number        Street

**Suite 850**

**Dallas**                                              **TX**        **75206**
City                                                   State      ZIP Code

**(214) 365-5377**                                     **hms7@cornell.edu**
Contact phone                                          Email address

**00785023**                                           **TX**
Bar number                                             State

**Fill in this information to identify the case:**

Debtor name **EYM PIZZA OF WISCONSIN, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Special Procedures Staff Mail Code 5020-DAL 1100 Commerce Street Dallas, Texas 75242 | | Taxes | | | | $865,507.27 |
| 2 | Pizza Hut, LLC 7100 Corporate Drive Plano, Texas  75024 | | Franchisor | | | | $545,407.89 |
| 3 | We Energies P.O. Box 6042 Carol Steam, IL 60197 | | | | | | $187,191.19 |
| 4 | DoorDash INC 303 2ND St suite tower 800 San Francisco, CA 94107 | | | | | | $164,594.32 |
| 5 | McLane 2085 Midway Rd Carrolton, TX 75006 | | | | | | $155,632.23 |

Debtor    **EYM PIZZA OF WISCONSIN, LLC** _____    Case number (if known) _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  The Construction & Design Group 2212 Lathrop Ave North Riverside, IL 60546 | | | | | | $14,548.55 |
| 7  Comcast Business P.O. Box 37601 Philadelphia, PA 19101 | | | | | | $12,557.95 |
| 8  THE ANDREW E STEVENS TRUST 2/26/00 521 N. Alpine Dr. Dublin, GA 31027 | | | | | | $10,117.67 |
| 9  A-1 Restaurant Equipment Services Inc 7373 S. 6th Street Oak Creek, WI 53154 | | | | | | $9,607.91 |
| 10  WAUKESHA COUNTY TREASURER 515 W MORELAND BLVD ROOM 148 WAUKESHA, WI 53188 | | | | | | $9,539.54 |
| 11  WEX BANK P.O. Box 6293 Carol Stream, IL 60197 | | | | | | $9,147.98 |
| 12  Milwaukee Plumbing & Piping, INC 11800 W Greenfield Ave West Allis, WI 53214 | | | | | | $8,798.10 |
| 13  Laureate Capital LLC Attn: R. Sharma 361 17th Street NW Suite 2601 Atlanta GA 30363 | | -------- | | | | $8,374.46 |

Debtor    **EYM PIZZA OF WISCONSIN, LLC**          Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14   WISCONSIN APPLE, LLC 1409 Kingsley Ave Ste 2 Orange Par, FL 32073 | | | | | | $6,829.69 |
| 15   Legacy Bayshore Plaza LLC 4123 26th St NW Rochester, MN 55901 | | | | | | $6,666.66 |
| 16   SHEVELAND PROPERTIES III, LLC 114 Birch Rd Delafield, WI 53018 | | | | | | $6,643.33 |
| 17   City of Kenosha Dept. of Community Development and Inspe 625 52nd Street Room 100 Kenosha, WI 53140 | | | | | | $6,635.23 |
| 18   FRONTIER WISCONSIN HOLDINGS 1400 Opus Place Suite 100 Downers Grove, IL 60515 | | | | | | $6,495.10 |
| 19   CBF INVESTMENTS CO LLC 3234 Co Hwy N Cottage Grove, WI 53527 | | | | | | $6,446.66 |
| 20   City of Racine-Treasurer 730 Washington Ave Milwaukee, WI 53403 | | | | | | $6,396.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name  **EYM PIZZA OF WISCONSIN, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)  _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/22/2024**          X _____
           MM / DD /YYYY                       Signature of individual signing on behalf of debtor

                                       **EDUARDO E DIAZ**
                                       Printed name

                                       **MANAGER**
                                       Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:   **EYM PIZZA OF WISCONSIN, LLC**                    CASE NO

                                                           CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___07/22/2024___            Signature _____
                                              *EDUARDO E DIAZ*
                                              *MANAGER*

Date _____            Signature _____

118th Street Kenosha LLC
4268 High Pt. Bch.
Port Washington WI 53074


645 SOUTH TAYLOR OWNER EQUITIES
648 N. Plankinton Ave.
Ste 264
MILWAUKEE, WI 53203


A to Z Refrigeration & HVAC,;Inc.
840 Midwood Drive
Burlington, WI 53105


A-1 Restaurant Equipment Services Inc
7373 S. 6th Street
Oak Creek, WI 53154


A-1 SERVICES INC
7373 S 6th Street
Oak Creek, WI 53154


ADVANTE IRA SERVICES LLC
13191 Starkey Road Suite #9
Largo, FL 33773


Akrit Commercial Refrigeration
17300 W Cleveland Ave
New Berlin, WI 53146


Alliant Energy
P.O. Box 3062
Cedar Rapids, IA 52406


AllPoints Foodservice Parts & Supplies
607 W Dempster Street
Mount Prospect, IL 60056

Amber Group USA, LLC
PO Box 420973
Atlanta, GA 30342


Anguiano's Sealcoating & Striping, LLC
2248 S. 18th St
Milwaukee, WI 53215


Best Defense Fire Protection & Security
300 Moravian Valley Rd
Waunakee, WI 53597


Bonafide Security Solutions
3605 N 126th Street
Brookfield, WI 53005


Brixmor Operating Partnership LP
One Fayette St.
Ste. 150
Conshohocken, PA 19428


CBF INVESTMENTS CO LLC
3234 Co Hwy N
Cottage Grove, WI 53527


Certa Site LLC
9855 Crosspoint Blvd
Suite 126
Indeanapolis, IN 46256


CIC INVESTMENTS
4012 E. Mercer Way
Mercer Island WA 98040


City of Hartford
109 N. Main St.
Hartford, WI 53027

City of Kenosha
Dept. of Community Development and Inspe
625 52nd Street
Room 100
Kenosha, WI 53140

City of Lake Geneva
626 Geneva St
Lake Geneva, WI 53147

City of Milwaukee
200 E. Wells Street
Room 105
Milwaukee, 53 53202

City of Oconomowoc
PO Box 27
Oconomowoc, WI 53066

City of Racine-Treasurer
730 Washington Ave
Milwaukee, WI 53403

City of Sheboygan
Clerks Office
828 Center Ave.
Suite 100
Sheboygan, WI 53081

City of South Milwaukee
Attn: Treasurer's Office
2424 15TH Ave
South Milwaukee, WI 53172

CITY OF WEST ALLIS
7525 West Greenfield Ave
West Allis, WI 53214

City of Whitewater
PO Box 690
Whitewater, WI 53190

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101


Conservice, LLC
P.O. Box 1530
Hemet, CA 92546


Corporate Services Consultants LLC
P. O BOX 1048
Dandridge, TN 37725


Dobberstein Law Firm, LLC
225 S. Excecutive Drive
Suite 201
Brookfield, WI 53005


DoorDash INC
303 2ND St
suite tower 800
San Francisco, CA 94107


Ecolab
P.O. Box 70343
Chicago, IL 60673


EDWARD R. ELLIOTT
3548 Quimby Street
San Diego, CA 92106


Essintial Enterprise Solutions LLC
PO BOX 4110 Department 5500
Woburn, MA 01888


Fort Atkinson Water Utility
101 N Main Street
Fort Atkinson, WI 53538

FOX RIVER PLAZA, LLC
138 Buntrock Ave.
Thiensville, WI 53092


FRANKLIN STATION LLC
11501 Northlake Dr.
Cincinnati, OH 45249


FRONTIER WISCONSIN HOLDINGS
1400 Opus Place Suite 100
Downers Grove, IL 60515


G TOWN PROPERTIES LLC
138 Buntrock Avenue
Thiensville, WI 53092


GFL Environmental,USA Inc.
P.O Box 555193
Detroit, MI 48255


Giles Engineering Associates Inc
N8 W22350 Johnson Drive
Waukesha, WI 53186


Haynes & Boone, LLP
Attn: Deborah Coldwell
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201

Heck Family Revocable Trust
9471 Palm Island Circle
North Fort Myers, FL 33903


Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce Street
Dallas, Texas 75242

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J. JEFFERS & CO, LLC
207 E. Michigan Street
SUITE 500
Milwaukee, WI 53202


JERRY SHARKO'S AND COMPANY INC
411 E. Wisconsin Avenue
Suite 2400m
Milwaukee, WI 60137


JOHN F. KLAUER
PO Box 896
Eagle, ID 83616


Lake Geneva Utility Commission
P.O BOX 187
Lake Geneva, WI 53147


Landmark Credit Union
735 N Water St. Suite 205
Milwaukee, WI 53202


Laureate Capital LLC
Attn: R. Sharma
361 17th Street NW
Suite 2601
Atlanta GA 30363


Legacy Bayshore Plaza LLC
4123 26th St NW
Rochester, MN 55901


LRJ 84 BLUEMOUND I LLC
230 E MACARTHUR ROAD
Fox Point, WI 53217

Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678


MANUFACTURERS BANK
100 SOUTH STATE COLLEGE BLVD.
BREA, CA 92821


Marto, LLC
P.O. Box 510675
Milwaukee, WI 53203


McLane
2085 Midway Rd
Carrolton, TX 75006


Messerli & Kramer PA
3033 Campus Drive Ste 250
Plymouth, MN 55441


Milwaukee Plumbing & Piping, INC
11800 W Greenfield Ave
West Allis, WI 53214


Mitchell Plaza Baceline, LLC
511 NH. Broadway
Denver, CO 80203


Muskego Centre Partners, LLC
777 E Wisconsin Avenue
Suite 3150
Milwaukee, WI 53202


NRF IX-Hillside, LLC
5215 Old Orchard Rd
Suite 880
Skokie, IL 60077

Oconomowoc Utilities
PO BOX 27
Oconomowoc, WI 53066


Pepsi
P 0. BOX 75948
CHICAGO, IL 60675


Pizza Hut, LLC
7100 Corporate Drive
Plano, Texas  75024


PJ'S PLUMBING COMPANY. INC.
W294 N6359 WALLSCHLAGER WAY
Hartland, WI 53029


Racine County Public Health Division
9531 Rayne Rd. Ste V
Sturtevant, Wl 53177


Reliable Water Services LLC
PO BOX 88909
Miwaukee, WI 53288


Restaurant Supply Chain Solutions
PO Box 638655
Cincinnati, OH 45263


RICK J. MURPHY
260 GRANVILLE WAY
SAN FRANCISCO, CA 94127


Righttime LLC
3817 E Haven Dr
Derby, KS 67037

RSCS Smallwares Connection
P.O BOX 933469
Cleveland, OH 44193


SHEVELAND PROPERTIES III, LLC
114 Birch Rd
Delafield, WI 53018


SMBC Manubank
515 South Figueroa St.
Los Angeles, CA 90071


Snell & Wilmer
Attn: Todd Jones
One East Washington Street
Phoenix, AZ 85004

SUMNER STREET PLAZA, LLC
510 Hunters Crossing South
Slinger, I 53086


TessLock Access Control, LLC
11936 W Mill Rd. #22
Milwaukee, WI 53225


THE ANDREW E STEVENS TRUST 2/26/00
521 N. Alpine Dr.
Dublin, GA 31027


The Boon Insurance Inc
6300 Bridge Pkwy Bldg 3
Ste 300;Austin, TX 78730


The Construction & Design Group
2212 Lathrop Ave
North Riverside, IL 60546

TIMMERMAN COMMONS, LLC
16853 Janesville Rd.
Muskego, WI 53150


TMP WISCONSIN HOLDINGS
3730 Multiview Drive
Los Angeles, CA 90068


United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204


United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231


Verifone
P.O.BOX 854060
Minneapolis, MN 55485


Watertown Water Department
PO Box 477
Watertown, WI 53094


WAUKESHA COUNTY TREASURER
515 W MORELAND BLVD
ROOM 148
WAUKESHA, WI 53188


Waukesha Water Utility
PO Box 1648
Waukesha, WI 53187


WDATCP-LICENSE RENEWAL
DRAWER 296
MILWAUKEE, WI 53293

We Energies
P.O. Box 6042
Carol Steam, IL 60197


WEST ALLIS HEALTH DEPARTMENT
7120 W NATIONAL AVE
WEST ALLIS, WI 53214


WEX BANK
P.O. Box 6293
Carol Stream, IL 60197


WISCONSIN APPLE, LLC
1409 Kingsley Ave Ste 2
Orange Par, FL 32073


Wisconsin Public Service
PO BOX 6040
CAROL STREAM, IL 60197


WOODLAND COURT RETAIL
777 E Wisconsin Avenue
Suite 3150
Milwaukee, WI 53202


WP Management
88 Harvard Dr.
Ormond Beach, FL 32176